UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

NYESHA RUSSELL,    )
                   )
    Plaintiff      )
                   )
v.                 )  Case No.:
                   )
                   )  COMPLAINT AND DEMAND FOR
GRIMLEY FINANCIAL CORPORATION,  )  JURY TRIAL
                   )
    Defendant     )  (Unlawful Debt Collection Practices)

## COMPLAINT

NYESHA RUSSELL ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against GRIMLEY FINANCIAL CORPORATION ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the Commonwealth of Pennsylvania; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Philadelphia, Pennsylvania 19143, at the time of the alleged harassment.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant is a national debt collection company with its corporate headquarters located at 30 Washington Avenue, Suite C-6, Haddonfield, New Jersey 08033.

8. Defendant collects, and attempts to collect, consumer debts incurred, or alleged to have been incurred, for personal, family or household purposes on behalf of creditors and debt buyers using the U.S. Mail, telephone and/or internet.

9. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. At all relevant times, Defendant was attempting to collect an alleged consumer debt from Plaintiff.

12. The alleged debt at issue, a medical bill from Einstein Hospital, arose out of transactions that were primarily for personal, family, or household purposes.

13. Beginning in or before July 2013, and continuing through September 2013, Defendant repeatedly contacted Plaintiff on her cellular telephone seeking and demanding payment of a debt.

14. Many of Defendant's collection calls originated from: (877) 904-1414, which the undersigned has confirmed is a telephone number belonging to Defendant.

15. Plaintiff knew it was Defendant calling because she answered the phone and spoke with Defendant's debt collectors on numerous occasions.

16. In addition, Defendant's telephone number appeared on Plaintiff's caller id.

17. Defendant contacted Plaintiff, on average, one (1) to two (2) times a day.

18. On one day, Defendant called Plaintiff at 9:25 a.m., 9:37 a.m., 9:38 a.m., and 11:23 a.m.

19. On multiple occasions, Plaintiff informed Defendant to stop calling her.

20. Defendant, however, ignored Plaintiff's instructions and continued to call her on her cellular telephone in its attempts to collect a debt.

21. Also, on numerous occasions, Plaintiff called Defendant and left a message telling them to stop calling her.

22. Again, Defendant would not update its records to stop the calls to Plaintiff; rather, it persisted in calling Plaintiff in its attempts to collect a debt, having the intent to annoy, abuse and harass her.

23. Upon information and belief, Defendant contacted Plaintiff on a continuous and repetitive basis with the intent of harassing Plaintiff into paying this debt.

### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT
### COUNT I

24. Defendant's conduct, detailed in the preceding paragraphs, violated 15 U.S.C. §§ 1692d and 1692d(5).

   a. A debt collector violates § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   b. Section 1692d(5) of the FDCPA prohibits debt collectors from causing a

telephone to ring or engaging any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse, or harass any person at the called number.

c. Here, Defendant violated §§ 1692d and 1692d(5) of the FDCPA when it called Plaintiff, on average, one (1) to two (2) times a day, and at times calling as frequently as four (4) times a day, with the intent to annoy, abuse and harass Plaintiff, as well as continuing to call Plaintiff after having been told to stop calling.

## COUNT II

25. Defendant's conduct, detailed in the preceding paragraphs, violated 15 U.S.C. § 1692f.

a. A debt collector violates § 1692f of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt.

b. Here, Defendant violated § 1692f of the FDCPA engaging in other unfair and unconscionable debt collection practices, including failing to update its records to stop the automated and/or dialed calls to Plaintiff's cellular telephone.

WHEREFORE, Plaintiff, NYESHA RUSSELL, respectfully prays for a judgment as follows:

a. All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

d. Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, NYESHA RUSSELL, demands a jury trial in this case.

DATED: July 23, 2014

RESPECTFULLY SUBMITTED,

KIMMEL & SILVERMAN, P.C.

By: _____
CRAIG THOR KIMMEL
Attorney ID #57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com